with the usual leave to defendant to amend on payment of costs." L. A. Malkiel, for appellants. A. H. Sarasohn, for respondent.

SCHEIDT, Respondent, v. CARR et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 12, 1900.) Action by John H. Scheidt, as executor, etc., against Sydney H. Carr and Ignatz Martin. Judgment affirmed by default, with costs.

SCHNEIDER, Appellant, . v. KELLY, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 24, 1900.) Action by Katharine Schneider against Henry T. Kelly. No opinion. Order affirmed, with costs. See 64 N. Y. Supp. 1148.

SCHREYER, Respondent, v. HAZLETT, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 25, 1900.) Action by Bertha A. Schreyer against Patrick Hazlett. No opinion. Judgment affirmed, with costs.

SCHURK, Respondent, v. NUTTER, Appellant. (City Court of New York, General Term. October 29, 1900.) Action by Charles Schurk against Mary E. Nutter. From a judgment for plaintiff, and from an order denying a motion for a new trial, defendant appeals. Affirmed. Gifford, Stearns & Hobbs, for appellant. Thompson & Maloney, for respondent.

HASCALL, J. It seems to us, from the testimony adduced upon the trial, that respondent sustained the allegations of his complaint by the necessary weight of evidence, which enabled the jury to say that the appellant promised or agreed to pay the commission sued for, or was cognizant of effort being made in her behalf for which, if successful, she would be obliged to pay the customary rate. We also find that the question was fairly submitted below. Judgment and order appealed from should be affirmed, with costs.

FITZSIMONS, C. J., concurs.

SCOTT, Respondent, v. DENNETT SURPASSING COFFEE CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 17, 1900.) Action by William Scott against the Dennett Surpassing Coffee Company. No opinion. Motion for leave to the court of appeals denied, and stay vacated. See 64 N. Y. Supp. 1016.

SECOR, Appellant, v. BOLAND, Respondent. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by James F. Secor, Jr., against William A. Boland. L. A.

Waldo, for appellant. W. B. Putney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SEEBER, Respondent, v. PEOPLE'S BUILDING, LOAN & SAVINGS ASS'N, Appellant. (Supreme Court, Appellate Division, Second Department. October 5, 1900.) Action by Charles Seeber against the People's Building, Loan & Savings Association. No opinion. Judgment and order affirmed, with costs.

SHEPARD, Appellant, v. BOULEVARD LAND CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. September 25, 1900.) Action by C. Sidney Shepard against the Boulevard Land Company and others. No opinion. Motion to dismiss appeal granted, unless, on or before the 1st day of November next, the appellant files and serves the printed record, in which event the motion is denied.

SHOTWELL v. DIXON et al. (Supreme Court, Appellate Division, Third Department. September 11, 1900.) Action by Samuel H. Shotwell against Baltie H. Dixon and others.

PER CURIAM. Motion denied, and permission given to the appellant to use upon the argument in this court the record remitted from the court of appeals, which was used at special term, or a certified copy thereof. See 48 N. Y. Supp. 984.

SIDNEY GLASS WORKS, Respondent, v. HATHORN et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 25, 1900.) Action by the Sidney Glass Works against Frank H. Hathorn and Emily Hathorn. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, without costs to either party.

SILVERNAIL, Respondent, v. CONNORS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Action by John Silvernail against James Connors and another.

PER CURIAM. Judgment of county court and of justice's court reversed, with costs. Held, that the evidence fails to show such possession or right of possession of the property in question in the plaintiff as entitles him to maintain an action for conversion. See Talbot v. Cruger, 151 N. Y. 117, 45 N. E. 364.

SIMMONS v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. October 10, 1900.) Action by Henry E. Simmons against New York Central & Hudson River Railroad Company. No opinion. Plaintiff's exceptions overruled, and motion for new trial denied, with costs.